# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

JOSEPH BEASON,

    Plaintiff,

v.                                       Civil Action No. 12-cv-4160

TAKHAR COLLECTION SERVICES, LTD.;
and DOE 1-5,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

The matter before the Court is Plaintiff Joseph Beason's Motion for Default Judgment against Takhar Collection Services, LTD. ("Defendant") pursuant to FRCP Rule 55(b)(2).

### PROCEDURAL BACKGROUND

On May 29, 2012, Plaintiff filed suit against Defendant alleging violations of the Fair Debt Collection Practices Act (15 U.S.C. 1692 et seq.). Defendant was served with the lawsuit on July 5, 2012. Defendant failed to file a responsive pleading or otherwise appear. On August 12, 2012, Plaintiff filed a Request for Entry of Default, which this Court entered on August 23, 2012. Defendant did not move to set aside the Entry of Default or otherwise appear. On November 5, 2012, Plaintiff moved for the current Default Judgment.

### PLAINTIFF'S COMPLAINT SUPPORTS A CLAIM FOR RELIEF

Plaintiff's allegations are sufficient to show that Defendant violated the Fair Debt Collection Practices Act. Plaintiff's allegations may be taken as true in the absence of Defendant's response.

### DAMAGES

The Fair Debt Collection Practices Act provides for statutory damages as the court may allow, but not exceeding $1,000; any actual damage sustained by such person, and the costs of the action, together with a reasonable attorney's fee as determined by the court. (15 U.S.C. 1692k). Plaintiff seeks $1,000 in statutory damages, $430.15 in costs, and $3,275.00 in attorney's fees. Plaintiff has sufficiently pled violations of the 15 U.S.C. 1692b and 1692d, and may therefore recover $1,000.00 pursuant to 15 U.S.C. 1692k(a)(2)(A). Plaintiff's attorney has submitted a detailed billing summary accounting for $430.15 in costs and $3,275.00 in attorney's fees. Commensurate with the average hourly rate in the region, Plaintiff's attorney's rate and therefore calculated fees are found to be reasonable.

### ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED.

IT IS FURTHER ORDERED that judgment is entered in favor of Plaintiff Joseph Beason and against Takhar Collection Services, LTD. in the amount of $4,705.15.

IT IS SO ORDERED on this  8th  day of   November  , 2012.
.

       /s/  Charles P. Kocoras
      CHARLES P. KOCORAS
      UNITED STATES DISTRICT JUDGE